1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | CASE NO. 06cr1241 DMS |
| 12                              Plaintiff, | **ORDER GRANTING IN PART** |
| 13      vs. | **AND DENYING IN PART MR.** **MCCABE'S REQUEST FOR A** **STAY** |
| 14   JUVENAL VEGA-SOTO, et al., | |
| 15                              Defendants. | |

16

17          On July 7, 2008, this Court issued an order imposing sanctions and reporting misconduct by

18   Attorney Michael J. McCabe to the state bar. Mr. McCabe appealed the order and now requests a stay

19   pending appeal, which this Court retains jurisdiction to grant pursuant to Rule 8(a)(1) of the Federal

20   Rules of Appellate Procedure.

21          A stay of the imposition of monetary sanctions is granted pending the outcome of Mr.

22   McCabe's appeal. However, a stay of the Court's reporting of Mr. McCabe's conduct to the California

23   State Bar is denied.

24   **IT IS SO ORDERED.**

25

26   DATED:  July 25, 2008

27          _____

28          HON. DANA M. SABRAW
            United States District Judge